UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

VIRGIL GREEN,

                Plaintiff,                  Case No. 1:08-cv-51

v.                                    HON. JANET T. NEFF

GAIL TUDOR et al.,

                Defendants.

_____/

## __ORDER FOR PARTIAL SERVICE__

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendants R. Cochran, M. Brevard, M. Singleton, Shirlee A. Harry and J. Armstrong be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that in accordance with Administrative Order No. 03-029, the Clerk shall return to Plaintiff with a copy of this order one copy of the amended complaint and any exhibits.

IT IS FURTHER ORDERED that immediately upon receipt of this order, Plaintiff shall request that the prison make four (4) copies of the amended complaint and exhibits for service upon Defendants Gail Tudor, Michael Barnett, Ron Almy and Delores Crosby.

IT IS FURTHER ORDERED that within fifteen business days of this order, Plaintiff shall file with the Court the requisite number of copies of the amended complaint and exhibits along

with a copy of this order OR an affidavit explaining why Plaintiff is unable to provide the requested copies within the fifteen-day period.  Should the Court find that the prison failed to make copies upon Plaintiff's request, the Court will direct the Clerk to make such copies as may be necessary and to charge the Michigan Department of Corrections for the cost of copying at the Court's usual rate of $.50 per page.

IT IS FURTHER ORDERED that Plaintiff's failure to submit the requested copies within the time provided by the Court OR an affidavit explaining why Plaintiff is unable to provide the requested copies within the fifteen-day period may result in the dismissal of his action without prejudice by the district judge.

IT IS FURTHER ORDERED that upon receipt of the copies required by this order, the Clerk shall arrange for service of summons and amended complaint, along with a copy of this order, upon Defendants Gail Tudor, Michael Burnett, Ron Almy and Delores Crosby.

IT IS FURTHER ORDERED Defendants shall reply to the amended complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1).

Dated: March 25, 2008                    /s/ Janet T. Neff_____
                                         Janet T. Neff
                                         United States District Judge